DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES ZAMBON and KASONDRA HOLMES,

Appellants,

v.

KIMBERLY ANN COBB, and KIMI TORTUGA ENTERPRISES, LLC,
a Florida Limited Liability Company,

Appellees.

No. 2D2024-2852
_____

February 4, 2026

Appeal from the County Court for Pinellas County; Lorraine M. Kelly,
Judge.

Johnny J. Bardine of The Bardine Law Firm, St. Petersburg; and Jake C.
Blanchard of Blanchard Law, P.A., Pinellas Park, for Appellants.

Kimberly Ann Cobb, pro se.

No appearance for remaining Appellee.

PER CURIAM.

Affirmed.


SILBERMAN, BLACK, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.